UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CHUONG HUU PHAN,<br><br>Petitioner,<br><br>v.<br><br>THOMAS D. HOMAN, Deputy Director, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | No. 2:18-cv-0619 KJN P<br><br><br><br>ORDER<br><br>Hearing June 7, 2018 10am #25 |

Petitioner is an individual detained by the Immigration and Customs Enforcement ("ICE"), proceeding through counsel. Petitioner's motion for immediate habeas relief is set for hearing on June 7, 2018. Respondent filed a request for reconsideration of the court's order requiring production of petitioner's A File. Petitioner does not object, but reserves the right to move for production of the A File in the future, and in lieu of production of the A File, asks the court to order production of certain documents by May 24, 2018. In addition, the parties agree that a briefing schedule is not necessary in light of the hearing on petitioner's motion for immediate habeas relief.

Good cause appearing, the parties' requests are granted. Accordingly, IT IS HEREBY ORDERED that:

A. Respondent's request (ECF No. 11) is granted;

B. The following portions of the March 28, 2018 order are vacated:

> 5. Respondent shall serve and file certified copies of petitioner's ICE file within a reasonable time but no later than thirty days after this order is served.
>
> 6. Within thirty days after the filing of petitioner's ICE file, the parties shall propose a briefing schedule by lodged stipulation and order.

(ECF No. 5 at 2.)

C. Petitioner's request for production (ECF No. 12) is granted;

D. On or before May 24, 2018, respondent shall produce to petitioner's counsel those portions of the A File that consist of or reflect the following:

> 1. The date petitioner entered the United States;
>
> 2. Petitioner's immigration status when he entered the United States;
>
> 3. A copy of petitioner's removal order;
>
> 4. A copy of petitioner's previous conditions of supervision; and
>
> 5. All records involving respondent's efforts to carry out petitioner's removal order, including internal communications within the United States government agencies and communications with the government of Vietnam.

Dated: May 1, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/phan0619.vac