HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Petitioner
MINH CHUONG HUU PHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH CHUONG HUU PHAN, | Case No. 2:18-cv-00619-KJN |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS PETITION AS MOOT** |
| vs. | |
| THOMAS HOMAN, ET AL., | Judge: Hon. Kendall J. Newman |
| Respondent. | |

Petitioner MINH CHUONG HUU PHAN's petition for a writ of habeas corpus challenged his detention by the Bureau of Immigration and Customs Enforcement ("ICE").

Mr. Phan was released from ICE detention on May 10, 2018. Mr. Phan's challenge to his detention is therefore moot.

//

//

//

//

//

//

*Phan v. Homan, et al.*  Stipulation and Order
No. 2:18-cv-00619-KJN       1       Dismissing Case as Moot

Pursuant to 28 U.S.C. Section 636(c), the parties consent to the United States Magistrate Judge entering a final order dismissing this case.

Dated: May 11, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
MINH CHUONG HUU PHAN


McGregor W. Scott
United States Attorney

*/s/ Audrey B. Hemesath*
Audrey B. Hemesath
Assistant United States Attorney
Attorney for the Respondents

_____

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The June 7, 2018 hearing (ECF Nos. 9 & 10) before the undersigned is vacated; and

2. The petition be dismissed as moot.

Dated: May 15, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/phan0619.dsm

*Phan v. Homan, et al.*
No. 2:18-cv-00619-KJN        2        Stipulation and Order
Dismissing Case as Moot